# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Quality Trust Inc. | ) | ASBCA No. 59983 |
| | ) | |
| Under Contract No. W912P6-15-C-0002 | ) | |

APPEARANCE FOR THE APPELLANT:  Mr. Lawrence M. Ruiz
President

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Kimberly J. Sabo, Esq.
Engineer District Counsel
U.S. Army Engineer District, Chicago

## OPINION BY ADMINISTRATIVE JUDGE PROUTY
## ON APPELLANT'S THIRD MOTION FOR RECONSIDERATION

Before the Board is appellant Quality Trust Inc.'s (Quality's) third motion for reconsideration of our earlier entry of summary judgment against its appeal of the contracting officer's decision to terminate its contract for default. We granted summary judgment in favor of the government on 5 May 2016 and denied Quality's first motion for reconsideration on 29 June 2016 and denied its second motion for reconsideration on 8 September 2016. The present motion was submitted to the Board on 10 October 2016. We have not requested a response from the government.

The Board's Rules do not provide for a second motion for reconsideration -- not to mention, a third. Accordingly, appellant's third motion for reconsideration is denied and the Recorder is instructed not to accept any further filings by appellant relative to this appeal. *See Clyde P. Thomas*, ASBCA No. 28296, 88-3 BCA ¶ 21,179 at 106,881.

Dated:  13 October 2016

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


MARK N. STEMPLER                            RICHARD SHACKLEFORD
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 59983, Appeal of Quality Trust Inc., rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals